1058

[No. 41742-8-I.     Division One.     October 18, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. BRUCE LON McCLAIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-00409-4, John M. Darrah, J., entered January 9, 1998. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Webster and Becker, JJ.

[No. 43411-0-I.     Division One.     October 18, 1999.]

JERRY T. KERR, *Individually and as Personal Representative, Appellant*, v. SKAGIT COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 96-2-00405-0, James H. Allendoerfer, J., entered September 25, 1998. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Webster and Becker, JJ.

[No. 16956-1-III.     Division Three.     October 19, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMUEL DERRICK MARTIN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-1-00965-1, James M. Murphy, J., entered October 1, 1997. *Affirmed* by unpublished opinion per Kato, J., concurred in by Kurtz, A.C.J., and Sweeney, J.

[No. 17146-9-III.     Division Three.     October 19, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. LEONARD WAYNE RICHARDSON II, *Appellant*.

Appeal from a judgment of the Superior Court for Klickitat County, No. 97-1-00092-2, E. Thompson Reynolds, J., entered December 15, 1997. *Affirmed* by unpublished opinion per Kurtz, A.C.J., concurred in by Sweeney and Kato, JJ.